**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7888**

_____

RANDALL TODD ROYER,

           Petitioner - Appellant,

     v.

UNITED STATES OF AMERICA; ERIC D. WILSON,

           Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:03-cr-00296-LMB-1; 1:14-cv-00801-LMB-IDD)

_____

Submitted:  May 28, 2015          Decided:  June 8, 2015

_____

Before WILKINSON and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Meghan McGee Boone, INSTITUTE FOR PUBLIC REPRESENTATION, Washington, D.C., for Appellant.   Gordon D. Kromberg, Assistant United States Attorney, Alexandria, Virginia; David Howard Laufman, KELLEY, DRYE & WARREN, LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Todd Royer, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED